IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CHARLES A. GARRETT, JR., Personal Representative | * |
| | * |
| Plaintiff | * |
| vs. | Civil Action No. K-95-4004 |
| | * |
| RICHARD F. KLINE, INC., *et al.* | * |
| Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above judgment having been SATISFIED, it is hereby stipulated by the parties hereto, that the above captioned action be and is hereby dismissed with prejudice.

_____
James E. Carbine
Federal Bar No. 391
Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202
410-385-5300
Attorney for Plaintiff

_____
Drake C. Zaharris
Suite 400
901 Dulaney Valley Road
Towson, Maryland 21204-2600
410-339-6750
Attorney for Defendant